IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| vs. | : | CRIMINAL NO. 4:11-CR- 18 - CDL |
| | : | VIOLATION: |
| RONALD FELICIANO, JR. | : | 18 U.S.C. §2252(a)(4)(B) – Possession of Child Pornography |

THE GRAND JURY CHARGES:

<u>COUNT ONE</u>
[18 U.S.C. §2252(a)(4)(B) – Possession of Child Pornography]

That on or about February 18, 2010, in the Columbus Division of the Middle District of Georgia,

RONALD FELICIANO, JR.,

defendant herein, did knowingly possess a laptop computer hard drive and an external hard drive containing visual depictions which had been shipped and transported using a facility of interstate commerce, and in and affecting interstate commerce, namely by the internet, knowing that the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and that such depictions were of such conduct.

In violation of Title 18, United States Code, Section 2252(a)(4)(B).

1

A TRUE BILL.

_____
s/FOREPERSON OF THE GRAND JURY

Presented by:

MICHAEL J. MOORE
UNITED STATES ATTORNEY


_____
PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY


Filed in open court this 11th day of May, AD 2011.


_____
Deputy Clerk