IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
COLUMBUS DIVISION

Filed at 10:07 A M
DATE 1/30/2012
DEPUTY CLERK, U.S. DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO. 4:11-CR-18 (CDL) |
| RONALD FELICIANO, JR. | : |

## CHANGE OF PLEA

I, RONALD FELICIANO, JR., having been advised of my Constitutional rights, and having had the charges herein stated to me, hereby withdraw my plea of not guilty to the Indictment previously entered on the 19th day of May, 2011, in the above-stated case, and now plead GUILTY to Count One of the Indictment in said case, my plea being made in open Court, this 30th day of January, 2012.

Pursuant to a written plea agreement, the terms of which are subject to acceptance or rejection by the Court at such time as the Court has considered a presentence report, I do hereby plead GUILTY to Count One of the Indictment this 30th day of January, 2012.

RONALD FELICIANO, JR.
DEFENDANT

WITNESSES:

DAVID L. ROBERTS
ATTORNEY FOR DEFENDANT

PAUL C. McCOMMON III
ASSISTANT UNITED STATES ATTORNEY