IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| VS. : | CRIMINAL NO. 4:11-CR-18-001 (CDL) |
| : | |
| **Ronald Feliciano, Jr.** : | Filed at 2:00 P M |
| : | DATE May 24, 2012 |
| Defendant : | DEPUTY CLERK, U.S. DISTRICT COURT |
| : | MIDDLE DISTRICT OF GEORGIA |

## ORDER TO SURRENDER

At the time of sentencing, the above-named defendant requested to be permitted to voluntarily surrender at such prison facility designated by the **BUREAU OF PRISONS** for the service of the sentence this day imposed upon the defendant by the court. Upon a finding by the court that **VOLUNTARY SURRENDER** is appropriate in this case, IT IS HEREBY ORDERED AND DIRECTED that said defendant voluntarily surrender as directed by the U.S. Probation Office and all costs of said **VOLUNTARY SURRENDER** be borne by the defendant. Until **VOLUNTARY SURRENDER**, the defendant shall remain subject to provisions of any **ORDER OF RELEASE** heretofore entered.

SO ORDERED, this 24th day of May, 2012.



_____
CLAY D. LAND
U.S. DISTRICT JUDGE

### ACKNOWLEDGMENT OF DEFENDANT

I hereby acknowledge that the foregoing order has been explained to me. I agree to voluntarily report as directed by the U.S. Probation Office and understand that if I fail to do so, I may be subject to additional prosecution under the provisions of 18 USC §3146 which would expose me to a consecutive imprisonment sentence.

Dated this 24 day of May, 2012.

_____   _____
ATTORNEY/WITNESS                     DEFENDANT